IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:98-CV-38-B02



FILED
NOV 5 1998
DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. NO. CAR.

MILTON BLACKWELL,
    Plaintiff,

vs.                    PLAINTIFF'S REPLY

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Defendant

MEMORANDUM IN SUPPORT OF PLAINTIFF MILTON BLACKWELL'S REPLY

I. INTRODUCTION

Rather than adhere to FOIA requirements, Defendant sat on Plaintiff's letter of 5/8/98 without bothering to contact Plaintiff in any manner per FOIA requirements.
Having received no response from defendant by 6/5/98, due to Defendants lack of any response per FOIA requirements, Plaintiff filed suit on 6/5/98 requesting a copy of Plaintiff's Charge File or relief as requested in the suit.

The FOIA requires an agency to decide within ten working days whether to comply with a FOIA request and to inform the person making the request of the decision. If the agency does not adhere to FOIA requirements, the person has the right to pursue their request in federal court.

Since for whatever reason, Defendant has chosen not to

release to Plaintiff the requested information from Plaintiff's Charge File reflecting the Raleigh Area EEOC'S investigation based on Plaintiff's Affidavit and Charge of Discrimination, Plaintiff re-enters plea to Court for Summary Judgement in Plaintiff's favor and award of relief to Plaintiff as requested in lawsuit.

Respectfully submitted,

Milton Blackwell
Plaintiff

This 4th day of November, 1998

*Milton Blackwell*
Milton Blackwell

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Plaintiff Milton Blackwell's Reply was mailed by first class mail mail on November 4th, 1998 to the following party:

Equal Opportunity Employment Commission
1801 L Street, N.W.
Room 6033
Washington, DC 20507

This 4th day of November, 1998      Milton Blackwell
                                    Plaintiff

*Milton Blackwell*
Milton Blackwell